B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re   Lenco Mobile Inc.                                              Case No.   14-16660
                              Debtor(s)                                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Gabriel Von Lengyel-Knopi<br>Gartenstrasse 8<br>8552 Felben-wellhausen<br>Switzerland | Gabriel Von Lengyel-Knopi<br>Gartenstrasse 8<br>8552 Felben-wellhausen<br>Switzerland<br>lenko@gmx.ch | | | 850,000.00 |
| Sheppard Mullin<br>333 South Hope St, 43rd Fl<br>Los Angeles, CA 90071-1448 | Sheppard Mullin<br>333 South Hope St, 43rd Fl<br>Los Angeles, CA 90071-1448<br>Attn:  Adam Shipley<br>Tel:  (858)720-7472 | Trade debt | disputed | 690,786.49 |
| David Hinsley<br>83 Holland Park<br>Kensington, London W11 3RZ<br>United Kingdom | David Hinsley<br>83 Holland Park<br>Kensington, London W11 3RZ<br>United Kingdom<br>davidhinsley100@gmail.com | | | 600,000.00 |
| Emma Slatter<br>Winchester House<br>1 Great Winchester Street<br>London,  EC2N 2DB<br>United Kingdom | Emma Slatter<br>Winchester House<br>1 Great Winchester Street<br>London,  EC2N 2DB<br>United Kingdom<br>Emma.Slatter@db.com | | | 500,000.00 |
| Summit Law Group<br>315 5th Ave S, Ste 100<br>Seattle, WA 98104-2682 | Summit Law Group<br>315 5th Ave S, Ste 100<br>Seattle, WA 98104-2682<br>Attn: Kim Welsh<br>Tel:  (206)676-7000 | Trade debt | | 363,122.72 |
| Paul Burger<br>33 Hollycroft Avenue<br>London NW3 7QJ<br>United Kingdom | Paul Burger<br>33 Hollycroft Avenue<br>London NW3 7QJ<br>United Kingdom<br>paul@sohoartists.co.uk | | | 250,000.00 |
| Jean Mrier Messier<br>6 Place de la République<br>Dominicaine<br>75017 Paris<br>France | Jean Mrier Messier<br>6 Place de la République Dominicaine<br>75017 Paris<br>France<br>Jmmessier@aol.com | | | 250,000.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Lenco Mobile Inc.
              Debtor(s)

Case No.  14-16660

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Perkins Coie, LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | Perkins Coie, LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Attn: Client Accounting<br>Tel: (206)359-3143 | Trade debt | | 209,433.54 |
| Michael Becker<br>1165 Crandono Court<br>Sunnyvale, CA 94087 | Michael Becker<br>1165 Crandono Court<br>Sunnyvale, CA 94087<br>Tel: (408)242-5733 | | | 205,244.00 |
| Innerloop Mobile Communications, Inc.<br>55 South Market St, Ste 1560<br>San Jose, CA 95113 | Innerloop Mobile Communications, Inc.<br>Attn: Pauil Ektvedt<br>Tel: +47 908 26 903<br>paekt@online.no | | | 199,024.82 |
| MOSD Holdings, LLC<br>P.O. Box 2547<br>Rancho Santa Fe, CA 92067 | MOSD Holdings, LLC<br>1201 Orange St, Ste 600<br>One Commerce Center<br>Wilmington, DE 19801<br>Attn Receivables, Collections, Legal<br>Tel: (302)575-0877 | | disputed | 130,000.00 |
| Peterson Sullivan LLP<br>Two Union Square<br>601 Union Street, Ste 2300<br>Seattle, WA 98101 | Peterson Sullivan LLP<br>Two Union Square<br>601 Union Street, Ste 2300<br>Seattle, WA 98101<br>Attn: Jared Daley<br>Tel: (206)382-7777 | Trade debt | | 126,561.53 |
| Helferich Patent Licensing LLC<br>60 E. Rio Salado Pkwy, Ste 900<br>Tempe, AZ 85281 | Helferich Patent Licensing LLC<br>60 E. Rio Salado Pkwy, Ste 900<br>Tempe, AZ 85281<br>Attn: Leonard Palevsky<br>Tel: (480)366-5838 | Trade debt | disputed | 100,000.00 |
| Christopher Janney<br>4260 Holly Knoll Dr<br>Los Angeles, CA 90027 | Christopher Janney<br>4260 Holly Knoll Dr<br>Los Angeles, CA 90027<br>cljanney@gmail.com | | | 100,000.00 |
| BDO Valuation Advisors, LLC<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860 | BDO Valuation Advisors, LLC<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860<br>Attn: Matthew Goldberg<br>Tel: (206)403-2473 | Trade debt | | 58,887.04 |
| Kjetil Skogsholm<br>Edvard Munchs Gate 8<br>3179 Åsgårdstrand<br>Norway | Kjetil Skogsholm<br>Edvard Munchs Gate 8<br>3179 Åsgårdstrand<br>Norway<br>kjetil@skogsholm.no | | | 50,000.00 |

In re  Lenco Mobile Inc.                                    Case No.  14-16660
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Needham and Company<br>445 Park Ave<br>New York, NY 10022-4406 | Needham and Company<br>445 Park Avenue<br>New York, NY 10022<br>Attn: Receivables, Collections, Legal<br>Tel: (212)371-8300 | Trade debt | disputed | 37,500.00 |
| Jan Herud<br>Tunfaret 2<br>0373 Oslo<br>Norway | Jan Herud<br>Tunfaret 2<br>0373 Oslo<br>Norway<br>Jan.Ragnar.Herud@privatmegleren.no | | | 30,610.00 |
| Melissa Chyba<br>441 Promontory Dr. E<br>Newport Beach, CA 92660 | Melissa Chyba<br>441 Promontory Dr. E<br>Newport Beach, CA 92660<br>Tel: (715)598-6086 | | | 30,000.00 |
| BasTrust Corporation<br>24 Route des Acacias<br>Les Acacias<br>1227 Geneva<br>Switzerland | BasTrust Corporation<br>24 Route des Acacias<br>Les Acacias<br>1227 Geneva<br>Switzerland<br>Attn Receivables, Collections, Legal<br>Tel: +41-223-188-118<br>geneva@firstnames.com | Trade debt | | 26,935.88 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 7, 2014                Signature  /s/Matthew Harris
                                                  Matthew Harris
                                                  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.