**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re )<br>)<br>ARCHER USA, INC., )<br>)<br>            Debtor. )<br>_____ )<br>In re )<br>)<br>LENCO MOBILE INC., )<br>)<br>            Debtor. )<br>)<br>)<br>)<br>_____ ) | No. 14-16659-KAO<br><br><br><br><br><br>No. 14-16660-KAO<br><br>ORDER GRANTING DEBTORS'<br>MOTION FOR JOINT<br>ADMINISTRATION OF CHAPTER 11<br>CASES |

THIS MATTER having come before the Court upon the motion of Chapter 11 debtors Lenco Mobile Inc. ("Lenco") and its wholly-owned subsidiary, Archer USA, Inc. dba Archer Mobile ("Archer USA") (together, the "Debtors"), pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 9013-1, for an order authorizing the joint administration of Debtors' respective Chapter 11 cases under the above captioned case (the "Motion"); the Court having reviewed the files and records herein, including the Declarations of Matthew Harris and Douglas Durst; and the Court finding that (i) this Court

ORDER GRANTING DEBTORS' MOTION FOR JOINT
ADMINISTRATION OF CHAPTER 11 CASES - 1

128546.0001/6109298.4

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding under 28 U.S.C. § 157(b)(2); and (iii) venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and finds that cause exists for the requested relief; NOW, THEREFORE, it is hereby

ORDERED that the Motion is granted; it is further

ORDERED that the Chapter 11 cases of Lenco and Archer USA ~~are hereby consolidated for procedural purposes only and~~ shall be jointly administered by the Court under Case No. 14-16659-KAO; it is further

ORDERED that the caption for the jointly administered case shall read as follows:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | ) | Chapter 11 |
|---|---|---|
| | ) | |
| ARCHER USA, INC.; LENCO MOBILE, INC., | ) ) | No. 14-16659-KAO LEAD CASE |
| | ) | |
| Debtors. | ) ) ) | No. 14-16660-KAO *Jointly Administered* |

it is further

ORDERED that an entry shall be made on the docket of the Lenco case, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the Chapter 11 cases of Lenco Mobile, Inc. and Archer Mobile USA, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 14-16659-KAO.

it is further

ORDERED that each of the Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list; it is further

ORDER GRANTING DEBTORS' MOTION FOR JOINT
ADMINISTRATION OF CHAPTER 11 CASES - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128546.0001/6109298.4

Case 14-16660-KAO    Doc 27    Filed 09/15/14    Ent. 09/15/14 16:59:09    Pg. 2 of 3

1    ORDERED that each of the Debtors shall file separate Schedules and Statements of Financial Affairs; and it is further

ORDERED that separate claim registers shall be maintained for each Debtor. Proofs of claims filed by creditors shall reflect the case number of the Debtor to which the claim relates to and shall be filed in the case to which such claim relates. It is further

ORDERED that the United States Trustee shall conduct a joint 341 meeting of creditor; it is further [or consecutive]

ORDERED that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 cases; it is further

ORDERED that the Debtors are authorized to take all actions necessary to effect the relief granted pursuant to this Order in accordance with the Motion.

In addition to the foregoing, pursuant to Fed. R. Civ. P. 52, as made applicable by Bankruptcy Rules 7052 and 9014, the Court hereby adopts and incorporates herein by reference the Court's oral findings of fact and conclusions of law stated on the record at the hearing on the Motion held before this Court on September 15, 2014.

### End of Order ###

LANE POWELL PC

By /s/Heidi C. Anderson
    Bruce W. Leaverton, WSBA No. 15329
    Heidi C. Anderson, WSBA No. 37603
Proposed Attorneys for Debtors

ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128546.0001/6109298.4

Case 14-16660-KAO    Doc 27    Filed 09/15/14    Ent. 09/15/14 16:59:09    Pg. 3 of 3